State v. Baldwin

After carefully examining the record, briefs and oral arguments presented in this case, we have concluded that the result reached by the Court of Appeals is correct based upon the peculiar facts of this case. In reaching this conclusion we do not affect the validity of the holdings of this Court in *State v. Smith*, 211 N.C. 93, 189 S.E. 175 (1937) and *State v. Simpson*, 303 N.C. 439, 279 S.E. 2d 542 (1981).

The decision of the Court of Appeals is

Affirmed.

STATE OF NORTH CAROLINA v. ROY CECIL BALDWIN

No. 26A84

(Filed 3 April 1984)

JUDGMENT against the defendant was entered by *Mills, J.*, at the 21 September 1982 Criminal Session of Superior Court, WILKES County. Upon appeal to the Court of Appeals of North Carolina, the case was remanded to the Superior Court for a new sentencing hearing. The opinion of the Court of Appeals by *Judge Becton*, with *Judge Eagles* concurring and *Judge Hedrick* dissenting, is reported in 66 N.C. App. 156, 310 S.E. 2d 780 (1984). From this decision, the State of North Carolina appealed to this Court pursuant to N.C.G.S. 7A-30(2).

*Rufus L. Edmisten, Attorney General, by Walter M. Smith and G. Criston Windham, Assistant Attorneys General, for the State.*

*William C. Gray, Jr., for defendant.*

PER CURIAM.

Affirmed.